| | |
|---|---|
| PLANNED PARENTHOOD OF THE PACIFIC SOUTHWEST,<br><br>Plaintiffs,<br><br>v.<br><br>CENTER FOR MEDICAL PROGRESS, et al.,<br><br>Defendants. | No. 2:19-mc-00002-TLN-DB<br><br><br><br>**RELATED CASE ORDER** |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CENTER FOR MEDICAL PROGRESS, et al.,<br><br>Defendants. | No. 2:19-mc-00056-WBS-EFB |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Defendants in the above-captioned actions have filed a Notice of Related Case in which they propose relating the above-entitled civil actions, presumably because the miscellaneous actions filed in this district arise from the same underlying civil action pending in the Northern District of California, Case No. 3:16-cv-00236. (Case No. 2:19-mc-00002-TLN-DB, ECF No. 9; Case No. 2:19-mc-00056-WBS-EFB, ECF No. 1-2.)

Upon review of both cases, the Court finds that these actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997). Pursuant to Rule 123 of the Local Rules of the United States District Court for the Eastern District of California, two actions are related when they involve the same parties and are based on a same or similar claim; when they involve the same transaction, property, or event; or when they "involve similar questions of fact and the same question of law and their assignment to the same Judge . . . is likely to effect a substantial savings of judicial effort." L.R. 123(a). Further,

> [i]f the Judge to whom the action with the lower or lowest number has been assigned determines that assignment of the actions to a single Judge is likely to effect a savings of judicial effort or other economies, that Judge is authorized to enter an order reassigning all higher numbered related actions to himself or herself.

L.R. 123(c).

Here, the actions involve the same parties and arise from the same underlying civil litigation in the Northern District. Indeed, both miscellaneous actions concern the same subpoena issued in that Northern District case. At a minimum, then, assignment to the same judge would "effect a substantial savings of judicial effort." L.R. 123(a).

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge. No consolidation will be affected.

IT IS THEREFORE ORDERED that the action denominated 2:19-mc-00056-WBS-EFB is reassigned to District Judge Troy L. Nunley and Magistrate Judge Deborah Barnes, and the caption shall read 2:19-mc-00056-TLN-DB. Any dates currently set in 2:19-mc-00056-WBS-EFB are hereby VACATED.

IT IS SO ORDERED.

Dated: April 17, 2019

Troy L. Nunley
United States District Judge